In re:                                                      Case No. 13-02944-RNO
Nitin Balbir Chhibber                                       Chapter 13
Aruna Chhibber
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: TWilson        Page 1 of 1           Date Rcvd: Feb 23, 2018
                           Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db/jdb        +Nitin Balbir Chhibber,   Aruna Chhibber,   2360 Ashleigh Drive,   York, PA 17402-4987

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
        Alexandra Teresa Garcia   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
         York, et al ecfmail@mwc-law.com
        Ann E. Swartz   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, et
         al ASwartz@mwc-law.com,  ecfmail@mwc-law.com
        Barbara Ann Fein   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
         et al speck@lobaf.com,  BarbaraF@lobaf.com
        Celine P DerKrikorian   on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
         AS TRUSTEE (CWALT2004-14T2) bkgroup@kmllawgroup.com
        Jason Brett Schwartz   on behalf of Creditor   Financial Services Vehicle Trust
         JSchwartz@mesterschwartz.com,  JOttinger@mesterschwartz.com
        Kevin T McQuail   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
         et al ecfmail@mwc-law.com
        Lawrence V. Young   on behalf of Debtor 2 Aruna  Chhibber lyoung@cgalaw.com,
         tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
         m;jrosenau@cgalaw.com
        Lawrence V. Young   on behalf of Debtor 1 Nitin Balbir Chhibber lyoung@cgalaw.com,
         tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
         m;jrosenau@cgalaw.com
        Marisa Myers Cohen   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
         et al Mcohen@mwc-law.com
        Matthew Christian Waldt   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
         agent for DLJ Mortgage Capital, Inc. mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
        Matthew Christian Waldt   on behalf of Creditor   DLJ Mortgage Capital, Inc.
         mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
        Michele A De Witt   on behalf of Creditor   THE BANK OF NEW YORK MELLON
         bkecfinbox@aldridgepite.com,  mdewitt@ecf.inforoptcy.com
        Recovery Management Systems Corporation   claims@recoverycorp.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William Edward Miller   on behalf of Creditor   SABR Mortgage Loan 2008-1 c/o Ocwen Loan
         Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                          TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                        :
                                              :
Nitin Balbir Chhibber                         :        Case No. 1:13-bk-02944
Aruna Chhibber                                :
                                              :        Chapter 13

ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSE

UPON CONSIDERATION OF a review of the application filed by Lawrence V.

Young, Esquire, counsel for the above Debtors, and upon a review of the record revealing

that Notice was given to all creditors and other parties in interest and no objections have

been received within the twenty (21) days  notice period, it is hereby

ORDERED that counsel fees for the period of time beginning May 10, 2017

through January 18, 2018, in the amount of $4,388.50 for legal services rendered by said

counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses

incurred during the same period of time in the amount of $37.23, for a total award of

$4,425.73 are hereby approved for services rendered and expenses incurred by CGA Law

Firm as a Chapter 13 Administrative Expense.  It is further

ORDERED that after receipt of $1,464.00 from the Debtor,  and $13,733.35

received from the Chapter 13 Trustee, the sum of $4,425.73 will paid by the Debtors

outside the Plan.

 Dated:   February 23, 2018                    By the Court,

                                               _____
                                               Robert N. Opel, II, Chief Bankruptcy Judge (BI)