```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 13-02944-RNO
Nitin Balbir Chhibber                                           Chapter 13
Aruna Chhibber
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: TWilson              Page 1 of 1           Date Rcvd: Jun 19, 2018
                               Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4814610       +E-mail/Text: jennifer.chacon@spservicing.com Jun 19 2018 18:59:17
               DLJ Mortgage Capital, Inc.,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
               Salt Lake City, UT 84165-0250,   DLJ Mortgage Capital, Inc.,
               c/o Select Portfolio Servicing, Inc. 84165-0250
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, et al ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, et
               al ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Barbara Ann Fein    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               et al bfein@sanddlawyers.com, mhanford@sanddlawyers.com
              Celine P DerKrikorian    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT2004-14T2) bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              Kevin T McQuail    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               et al ecfmail@mwc-law.com
              Lawrence V. Young    on behalf of Debtor 2 Aruna  Chhibber lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Lawrence V. Young    on behalf of Debtor 1 Nitin Balbir Chhibber lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Marisa Myers Cohen    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               et al Mcohen@mwc-law.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for DLJ Mortgage Capital, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Michele A De Witt    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    SABR Mortgage Loan 2008-1 c/o Ocwen Loan
               Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                TOTAL: 17

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:13-bk-02944-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Nitin Balbir Chhibber
2360 Ashleigh Drive
York PA 17402

Aruna Chhibber
2360 Ashleigh Drive
York PA 17402

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/18/2018.

Name and Address of Alleged Transferor(s):

Claim No. 7: DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc.

Name and Address of Transferee:

U.S. Bank Trust National Association
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038
U.S. Bank Trust National Association
c/o BSI Financial Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/21/18

Terrence S. Miller
**CLERK OF THE COURT**