```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 13-02944-RNO
Nitin Balbir Chhibber                                           Chapter 13
Aruna Chhibber
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: TWilson         Page 1 of 1           Date Rcvd: Jul 27, 2018
                            Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db/jdb          +Nitin Balbir Chhibber,    Aruna Chhibber,    2360 Ashleigh Drive,    York, PA 17402-4987

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
               York, et al ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, et
               al ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Barbara Ann Fein    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               et al bfein@sanddlawyers.com, mhanford@sanddlawyers.com
              Celine P DerKrikorian    on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT2004-14T2) bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor   Financial Services Vehicle Trust
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              Kevin T McQuail    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               et al ecfmail@mwc-law.com
              Lawrence V. Young    on behalf of Debtor 2 Aruna  Chhibber lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Lawrence V. Young    on behalf of Debtor 1 Nitin Balbir Chhibber lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Marisa Myers Cohen    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               et al Mcohen@mwc-law.com
              Matthew Christian Waldt    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
               agent for DLJ Mortgage Capital, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor   DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Michele A De Witt    on behalf of Creditor   THE BANK OF NEW YORK MELLON
               bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
              Raymond M Kempinski    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT2004-14T2 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor   SABR Mortgage Loan 2008-1 c/o Ocwen Loan
               Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 18

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| NITIN BALBIR CHHIBBER | Debtor 1 | Chapter: | 13 |
| ARUNA CHHIBBER | Debtor 2 | Case No.: | 1-13-bk-02944 RNO |
| NITIN BALBIR CHHIBBER<br>ARUNA CHHIBBER | Movant(s) | Document No.: | 140 |
| vs.<br>BB&T BANK f/k/a SUSQUEHANNA BANK | Respondent(s) | Nature of Proceeding: | Motion to Strip and Compel Satisfaction of Mortgage |

## ORDER

Upon consideration of the Motion to Strip and Compel Satisfaction of the Mortgage of BB&T Bank f/k/a Susquehanna Bank, Pursuant to In Re: McDonald 205 F.3d 606 (3d Cir. 2002) ("Motion"), after hearing held on July 26, 2018, it is

ORDERED that the Debtors/Movants shall file a brief within thirty (30) days of the date of this Order; and,

FURTHER ORDERED that the hearing on the Motion is continued to September 20, 2018, at 10:00 a.m., in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

July 26, 2018

Order – Blank with Parties - Revised 04/18