In re:                                                             Case No. 13-02944-RNO
Nitin Balbir Chhibber                                              Chapter 13
Aruna Chhibber
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson             Page 1 of 1           Date Rcvd: Aug 30, 2018
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
jdb         +Aruna Chhibber,   2360 Ashleigh Drive,   York, PA 17402-4987

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2018 at the address(es) listed below:

              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, et al ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Ann E. Swartz     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, et
               al ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Barbara Ann Fein    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               et al bfein@sanddlawyers.com, mhanford@sanddlawyers.com
              Celine P DerKrikorian     on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT2004-14T2) bkgroup@kmllawgroup.com
              Jason Brett Schwartz     on behalf of Creditor    Financial Services Vehicle Trust
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              Kevin T McQuail     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               et al ecfmail@mwc-law.com
              Lawrence V. Young    on behalf of Debtor 2 Aruna  Chhibber lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Lawrence V. Young    on behalf of Debtor 1 Nitin Balbir Chhibber lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Marisa Myers Cohen    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               et al Mcohen@mwc-law.com
              Matthew Christian Waldt     on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for DLJ Mortgage Capital, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt     on behalf of Creditor    DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Michele A De Witt    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
              Raymond M Kempinski     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT2004-14T2 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    SABR Mortgage Loan 2008-1 c/o Ocwen Loan
               Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                              TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
    Nitin B. Chhibber  
    Aruna Chhibber  
        Debtors  
    Nitin B Chhibber  
    Aruna Chhibber  
        Movants  
v.  

    Charles J. Dehart, III, Esquire  
    Chapter 13 Trustee  
        Respondent  

Case No. 13-bk-02944-RNO

Chapter 13

## ORDER GRANTING MOTION TO EXTEND CLOSING OF CHAPTER 13 CASE

AND NOW, upon the consideration of the Motion filed by the Debtor seeking to extend the closing of Chapter 13 case, it is hereby

ORDERED that the closing of the case will be extended for an additional ninety (90) days from the date of this Order.

Dated: August 29, 2018

By the Court,

_Robert N. Opel, II_  
Robert N. Opel, II, Chief Bankruptcy Judge (BI)