In re:  
Nitin Balbir Chhibber  
Aruna Chhibber  
    Debtors

Case No. 13-02944-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: TWilson     Page 1 of 1     Date Rcvd: Dec 07, 2018  
                        Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.  
db/jdb       +Nitin Balbir Chhibber,   Aruna Chhibber,   2360 Ashleigh Drive,   York, PA 17402-4987

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:

        Alexandra Teresa Garcia   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, et al ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Ann E. Swartz   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, et al ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Barbara Ann Fein   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, et al bfein@sanddlawyers.com, mhanford@sanddlawyers.com  
        Celine P DerKrikorian   on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com  
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
        James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2004-14T2) bkgroup@kmllawgroup.com  
        Jason Brett Schwartz   on behalf of Creditor   Financial Services Vehicle Trust JSchwartz@mesterschwartz.com  
        Jillian Nolan Snider   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com  
        Kevin T McQuail   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, et al ecfmail@mwc-law.com  
        Lawrence V. Young   on behalf of Debtor 2 Aruna Chhibber lyoung@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com  
        Lawrence V. Young   on behalf of Debtor 1 Nitin Balbir Chhibber lyoung@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com  
        Marisa Myers Cohen   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, et al Mcohen@mwc-law.com  
        Matthew Christian Waldt   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for DLJ Mortgage Capital, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        Matthew Christian Waldt   on behalf of Creditor   DLJ Mortgage Capital, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        Michele A De Witt   on behalf of Creditor   THE BANK OF NEW YORK MELLON bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com  
        Raymond M Kempinski   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT2004-14T2 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Recovery Management Systems Corporation   claims@recoverycorp.com  
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
        William Edward Miller   on behalf of Creditor   SABR Mortgage Loan 2008-1 c/o Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                      TOTAL: 19

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

In Re:

NITIN BALBIR CHHIBBER
ARUNA CHHIBBER

      Debtors

Case No. 13-02944-RNO

Chapter 13

## ORDER OF COURT

AND NOW, to-wit, it is hereby ORDERED, ADJUDGED and DECREED that relief from stay is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 17 Culpepper Road, Shrewsbury, PA 17361, including actions that may or will divest debtors' rights and interests in the property.

Dated: December 7, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)